IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                           No. 4:22-cr-37-DPM

RAIMON BROUGHTON                                              DEFENDANT

## ORDER

1.     After conferring with counsel, Raimon Broughton consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 37*. No objections were filed and the time to do so has passed.

2.     Broughton, who had previously been convicted of a felony, knowingly possessed a firearm with a connection to interstate commerce on 20 July 2021 in the Eastern District of Arkansas, as charged in count one of the Indictment. He made a knowing and voluntary choice to plead guilty under the terms of his proposed plea agreement. The Court has reviewed and accepts that agreement. Fed. R. Crim. P. 11(c)(3)(A).

3.     The Court accepts Broughton's guilty plea and convicts him of the offense.

4.     A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

5 April 2023